# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 13, 2016

### NO. 03-16-00003-CV

**Kit Fankhauser, Appellant**

**v.**

**Gateway McKenzie, LLC d/b/a The Kenzie at The Domain, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court. Having reviewed the record, the Court holds that appellant has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.